

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 14, 2022

  LOS ANGELES COUNTY SUPERIOR COURT
  312 NORTH SPRING STREET
  LOS ANGELES, CA 90012

Re:  Case Number: _____2:21−cv−05971−ODW−MRW_____
     Previously Superior Court Case No. _____20STCV33881_____
     Case Name: _____The Estate of Yaeli Mozzelle Galdamez et al v. County of Los Angeles et al_____

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on _____1/14/2022_____, the above−referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  _/s/ Linda Chai_
     Deputy Clerk
     Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____        By: _____
Date                              Deputy Clerk

CV−103 (05/18)    LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT (CIVIL)