ⅈ



**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 14, 2022



LOS ANGELES COUNTY SUPERIOR COURT
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

Re: Case Number: ____2:21-cv-05971-ODW-MRW____
Previously Superior Court Case No. ____20STCV33881____
Case Name: ____The Estate of Yaeli Mozzelle Galdamez et al v. County of Los Angeles et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____1/14/2022____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Linda Chai_
Deputy Clerk
Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

2/18/22
Date

Clerk, Superior Court
By: L Klein
Deputy Clerk